IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUCAS AUSTIN,

        *Plaintiff,*

           v.

SEGWAY, INC.,

        *Defendants.*

:
:
:
:
:   **CIVIL NO. 25-1743**
:
:
:
:
:

## ORDER

AND NOW, this **26th** day of **March 2026**, upon consideration of Defendant Segway Inc.'s Motion to Dismiss for Lack of Jurisdiction (ECF No. 16) and Motion to Compel Arbitration (ECF No. 17) and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Motion to Compel Arbitration (ECF No. 17) is **GRANTED**. Pending arbitration, the Court hereby **STAYS** all deadlines and proceedings in this Action.

2. The Motion to Dismiss (ECF No. 16) is **DENIED AS MOOT**.

BY THE COURT:

HON. KAI N. SCOTT
**United States District Court Judge**